4115.    PORTER *v.* THE STATE.

RUSSELL, J.    There being no proof of a plenary confession by the accused, but, at most, evidence only of incriminatory admissions, it was such an error to charge the law relating to confessions as to require the grant of a new trial.    These incriminatory admissions are not conclusive; and proof of inculpatory admissions will not authorize a charge upon the subject of confession.    *Owen* v. *State,* 120 *Ga.* 296 (48 S. E. 21); *Riley* v. *State,* 1 *Ga. App.* 651 (57 S. E. 1031), and decisions cited.

*Judgment reversed.*

DECIDED JUNE 5, 1912.

Indictment for burglary; from Wilkes superior court—Judge Walker.    February 27, 1912.

*William Wynne, F. H. Colley,* for plaintiff in error.

*Thomas J. Brown, solicitor-general, J. M. Pitner,* contra.